IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*In Re:*
VINCENT A. DEZONIE : Case No. 5-19-01212-MJC
MICHELLE D. THOMAS-DEZONIE, :
: Chapter 13
*Debtor(s)* :

## CERTIFICATE OF SERVICE

    I, Kimberly D. Martin, do hereby certify that on May 24, 2024, I served a true and correct copy of the foregoing Motion to Reconsider Order Dismissing Chapter 13 Case upon Jack N. Zaharopoulos, Chapter 13 Trustee via ECF.

Date: 5/24/2024                                        /s/Kimberly D. Martin, Esquire